NO CV3O

NAME: SHANNON O. MURPHY ESQ. SR.
Firm: dba. Counsel Legal Advisory Division, C-LAD
In Pro Se. applies
ADDRESS: P.O. Box 1756
Antioch, CA. 94509

ATTORNEY FOR: SHANNON O. MURPHY SR. dba. Sheetmetal & Associates, an INLC., In Pro Se.
Telephone: (925) 267-4255
Facsimile: (925) 267-4255


FILED
CLERK, U.S. DISTRICT COURT
AUG 22 2023
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

CV23-7114-MWF(JCx)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON O. MURPHY ESQ. SR., dba. Sheetmetal & Associates, an INLC. <br> Plaintiff, <br> vs. <br> AT&T <br> Defendant | CASE NO: <br><br> **COMPLAINT** <br> **DEMAND FOR JURY TRIAL** <br><br> Judge: <br> Dept: |

HERE COMES NOW THIS COURT CASE PLAINTIFF, MR. SHANNON O. MURPHY SR., AND ACCORDS HE BY HIS JURISDICTION dba. SHEETMETAL & ASSOCIATES, an INLC., ; APPROPRIATE CONCERNS HE BY ALL THIS ABOVE MATTERS, HIS IS APPLIED IN PRO SE.

HERE COURT IS APPLY FOR APPROPRIATE CASE DEFENDANT, AT&T, JURISDICTION @ CA. JURISDICTION, AND TO COORDINATE REPLIES BY AT APPROPRIATE, STATE OF CALIFORNIA.

SUBJECT MATTER HERE CONCERNS DETAIL CAUSE OF ACTION: 1) TORT - NEGLIGENCE,
2) BREACH OF CONTRACT
3) DISCRIMINATION
4) HARASSMENT
5) ASSAULT
6) INJURY

**JURISDICTION:** UNLIMITED CIVIL, and since here case plaintiff asks award exceed $79,000

**VENUE:** Here court is appropriate, and proper since the case defendant, does follow guide-lines, rules accords court, State of California.

DATE: 08/10/2023              SIGN: _[signature]_
                              Court Case Plaintiff - In Pro Se.

CASE NAME: MURPHY vs. AT&T                                    CASE NO:_____.

**Causes of Action Detail By Event Brief:**

1) TORT - NEGLIGENCE: Defendants, after attorney's jurisdiction, failed proper replies attends, fair claim for injury(s), I exclaimed to them, in writting, since there did in fact occur an tort-negligence application, agents, theirs appropriate that there is way apply for at standard injury claim; Sedgwick CMS fail fair claim process.

2) BREACH OF CONTRACT: Defendant jurisdiction, did breach relative contract, occurs by law, applies of government agent, implies paralegal, to allow "standard, about injury claim administation", as it has in fact continue, at failed.

3) DISCRIMINATION: Defendants, at applies plaintiff, then, when was theirs claimant, Murphy, detoured fair due-process protocol jurisdiction, where acts of negligence occur, includes loss, since defendant, AT&T agent(s) arranged an irritating disregard a common prescribed, request in writting for regards requests, to apply a claim for injury; Aggravating malfunctions, cause plaintiff illness.

4) HARASSMENT: Defendants, AT&T internet service agents, did of fact commit acts continuous, to of negligence apply there at 11/26/2022; Injury claimant Murphy, was delay fair claim applies, when result, request standards type claim for injury admin. He was caused suffer of irritation, occur further, to more pro-business loss; AT&T claim servicing agents did obstruct fair appointment continue safe claim processing, the unfair factors assign delay, therefore compel Murphy to injury, more aggravating, and uncomfortable associates time spent dispose of claim. AT&T servicing dept., agents assigned perform to injury claim requirements, named here, Sedgwick CMS, did reply abuse plaintiff, compensate for injury.

5) ASSAULT: is concerns here relevant case defendants, did reply, they at jurisdiction did act, and to apply unfair delay tactics, in order detour fair due-process regards priority matters to plaintiff Murphy's legal professional business, they continue act covet, at protocol fair due-process regards reply responsible injury claim compensation.

Defendant had already been notified of Plaintiff's VA diagnosed Bipolar 1 disorder. Plaintiff states here that AT&T's service agents did intend aggravate plaintiff. Plaintiff suffered panic attacks, upset VA concerned Bipolar 1 disorder, that did compel use doctor's prescribed medication, "Albuterol" regards both detour event., \ @ #4.

6) INJURY: Defendant, AT&T, their agent(s), did in fact, cause plaintiff relevant injuries, include Mr. Shannon Murphy Sr., suffer relative occur panic-attack, upset Bipolar disorder. Mr. Murphy, the here case plaintiff, was compel an aggravated, at VA diagnosed to injury, Bipolar 1 disorder, and respective this "covert assault", compel medications. Albuterol was in fact compel being use by plaintiff, in order subdue anxiety, stress, and assist, support, recover to normal breathing, since by hyperventilation occur.

END///

CASE NAME: MURPHY vs. AT&T                           CASE NO:_____.

**Prescription For Award By Of Complaint:**

HERE AND NOW DOES THIS U.S. DISTRICT COURT CASE PLAINTIFF APPLY FAIR, JUST, PRESCRIPTION FOR AWARD, IN ORDER COMPLETELY RESOLVE FOR DISPOSITION(S), THAT TO SECURE ALL RELATIVE MATTER FOR SUGGESTS THIS, TO COMPLAINT VALID.

Here for plaintiff Shannon O. Murphy Sr., at administer jurisdiction, plaintiff, U.S. District Court, I, myself as the attorney, plaintiff, in pro se., does now present this prescription to of award...

1) I do ask for award, monetary, declarative, state for punitive subject, that matter associate injury, and relative, especially at continue professional business loss; I ask nominal amount monetary, $8,050,000 for to comply all, and necessary regards mine occur injury(s) physical, emotional, psychological, and that maintain for chronic anxiety, nervous, and that VA diagnosed relative, Bipolar 1 disorder, cause to, and by panic-attack(s), derive accords from, by case defendants, there at reply relevant jurisdiction, AT&T service agents, theirs unfair, even to hostile actions, applies to the unfair, and unlawful claims process operations performed by at AT&T servicing, time, place respective, that they case defendant, did commit crime, faults to add criminal event, includes theirs part conspiracy, sabatoge Sheetmatal & Assoc. professional busines at location

2) I ask this above mentioned amount, and that to relevant described for, at of $8,050,000, for to allow fair restitution, compensation, and that to for payments at regards medical observations, include that for relative treatments, therapy(s), and prescribed medications associate to injury, crucial effect, and that could have then, and even now, to future, affects, cause event to death. Plaintiff is in fact a veteran California guardsman, and because of the flagrant disregard public, relative jurisdiction, concerns defendant ignore plaintiff ask injury claim, plaintiff confides court.

3) I ask for all, associate laws govern to U.S. Government entity, properly, since of there, actions, do in fact concern display a very rude, disrepectful attitude, especially regards veteran member, there, theirs should comply an honorable jurisdiction, but did still, case defendant, fail respect; I do sincerely ask all this of at foregoing mentions, and all other this U.S. court judge, deems fit.

END///

Proof of Service by Mail

I declare that:

I am (resident of / employed in) the county of  CONTRA COSTA , California.

I am over the age of eighteen years, my (business / residence) address is:

P.O. Box 1756
ANTIOCH, CA. 94509

On 08/18/2023, I served the attached COURT CASE, 1) Murphy vs. AT&T 2) Murphy vs. Alameda Police on the parties listed below in said case, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully paid, in the United State mail at ANTIOCH, CA. 94509 addressed as follows:

U.S. DISTRICT COURT
350 W. 1st. Street, Suite 4311
Los Angeles, CA. 90012-4565

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on

(date) 08/18/2023, at ANTIOCH, California.

Type or print name Shannon O. Murphy

Signature



**93300007**
**Utility Mailer**
**10" x 14"** (usable inside dimension)

Please Recycle

**Utility Mailer**

UNITED STATES POSTAL SERVICE®

AIC-083
Product Code 93300007 - March 2019
www.usps.com
A product of the United States Postal Service®
MADE IN THE U.S.A.

Visit USPS.com® for Shipping Supplies & Services

PULL TAB TO OPEN